REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

2011 AP 13 PM 1:47

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY: _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [Vio: COUNT ONE: 18 U.S.C. §§ 554(a) |
| | § | & 2, Aiding and Abetting Smuggling |
| ERIK GONZALEZ | § | Goods from the United States.] |
| EFREIN GONZALEZ | § | |

THE GRAND JURY CHARGES:

**DR11CR0660**

COUNT ONE
[18 U.S.C. §§ 554(a) & 2]

On or about August 7, 2010, in the Western District of Texas, the Defendants,

ERIK GONZALEZ,
EFREIN GONZALEZ

and others, aiding and abetting one another, did knowingly and unlawfully export or attempt to

export, from the United States, any merchandise, article, or object, including but not limited to

twenty-three AK-47 style and AR-15 style assault rifles, which are defense articles as defined under

Category I of the United States Munitions List, contrary to any law or regulation of the United States,

in that the Defendants had not obtained a license or written authorization for such export, in violation

of Title 22, United States Code, Sections 2778(b)(2) & 2778(c) and Title 22, Code of Federal

Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a)

and 2.

A TRUE BILL

JOHN E. MURPHY
United States Attorney

By: _____
   BENJAMIN D. SEAL
   Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

DR1 1CR0660

COUNTY: ZAVALA                          USAO#: 2011R04599

DATE: APRIL 13, 2011                    MAG. CT. #: MATTER

AUSA: BENJAMIN D. SEAL

DEFENDANT: ERIK GONZALEZ

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO                  LANGUAGE: ENGLISH

DEFENSE ATTORNEY: N/A

ADDRESS OF ATTORNEY: N/A

DEFENDANT IS:                           DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT ONE: 18 U.S.C. §§ 554(a) & 2 - Aiding and Abetting Smuggling Goods from the United States.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE                      W/DT-CR-3

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**DR11CR0660**

COUNTY: ZAVALA                          USAO#: 2011R04599

DATE: APRIL 13, 2011                    MAG. CT. #: MATTER

AUSA: BENJAMIN D. SEAL

DEFENDANT: EFREIN GONZALEZ

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO          LANGUAGE: ENGLISH

DEFENSE ATTORNEY: N/A

ADDRESS OF ATTORNEY: N/A

DEFENDANT IS:                      DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT ONE: 18 U.S.C. §§ 554(a) & 2 - Aiding and Abetting Smuggling Goods from the United States.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE                    W/DT-CR-3