# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:11-CR-00660(2)-AM |
| (2) Efrein Gonzalez<br>*Defendant* | § | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (2) Efrein Gonzalez, a hearing was set for September 25, 2019.

Jack R. Stern was appointed to represent the defendant. On September 20, 2019, the attorney for the defendant filed a Waiver of Detention Hearing signed by the attorney and the defendant waiving the hearing and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 20th day of September, 2019.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE